THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____FEE PAID

_____FEE NOT PAID
         (SEND LETTER)

| | |
|---|---|
| TANO Corp. | |
| Plaintiff(s) | Civil Action No. 00-CV-895 |
| vs. | |
| Idax Inc., et al. | |
| Defendant(s) | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __Laura L. Hoffman__ Esquire a member of the Bar of this court, moves the admission of __Raymond G. Areaux__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __TANO Corp.__

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of _____

__Louisiana__

and/or the following United States Court(s): __U.S. District Court for the Eastern and Middle Districts of Louisiana, U.S. Court of Appeals for the Fifth Circuit, U.S. Court of Appeals for the Federal Circuit__

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __0__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: __n/a__

JUN 2 7 2000

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO CLERK, U.S. DISTRICT COURT

Revised 6/98



-2-

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or _____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| *[signature]* | *[signature]* |
| Signature | Signature |
| Gadsby Hannah, L.L.P. | Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C. |
| Address | Address |
| 1747 Pennsylvania Ave. NW, 7th Floor Washington, DC 20006 | 1100 Poydras Street, Suite 2700 New Orleans, LA 70163 |
| (202) 429-9600 | (504) 585-3800 |
| Office phone number | Office phone number |
| (202) 429-9894 | (504) 585-3801 |
| Fax number | Fax number |

012799

Md. U.S. District Court Number

## ORDER

Motion __✓__ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

6/27/00                                                 *[signature]*

Dated                                                    Judge, U.S. District Court