IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TANO Corp                                    *
                                             *
            Plaintiff(s)                     *       Civil Action No. 00-CV-895
    vs.                                      *
                                             *
Idax Inc., et al.                            *
                                             *
            Defendant(s)                     *

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, ___Laura L. Hoffman___ Esquire a member of the Bar of this court, moves the admission of ___Michael A. Hordell___ Esquire to appear pro hac vice in the captioned proceeding as counsel for ___TANO Corp.___

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of ___District of Columbia; Commonwealth of Massachusetts___

and/or the following United States Court(s): ___Supreme Court of the United States; United States Court of Federal Claims; the United States District Court (District of Columbia & Massachusetts); US Court of Appeals (D.C.) and the Court of Appeals for the Federal Circuit___

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court ___1___ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: _____

---

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO CLERK, U. S. DISTRICT COURT

Revised 6/1/98

- 2 -

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or _____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

MOVANT:

_/s/ Laura L. Hoffman_
Signature

Gadsby Hannah LLP
**Address**
1747 Pennsylvania Avenue, NW, 7th Floor
Washington, DC  20006

(202) 429-9600
Office phone number

(202) 223 7142
Fax number

012799
Md. U. S. District Court Number

PROPOSED ADMITTEE:

_/s/ Michael A. Hordell_
Signature

Gadsby Hannah LLP
**Address**
1747 Pennsylvania Avenue, 7th Floor
Washington, DC  20006

(202) 429-9600
Office phone number

(202) 223 7143
Fax number

### ORDER

Motion    ✓    GRANTED

Motion    ____    GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion    ____    DENIED

_June 27, 2000_                    _/s/ Marvin J. Garbis_
Dated                                Judge, U. S. District Court